**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11CR153-RJC-DCK**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| HAI VAN NGUYEN and | ) | |
| OANH THI LE, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes. There are pending motions before the Court, and the Court has determined that it would be aided in resolving these motions by hearing oral argument.

On the "Defendant's Motion For Release Of Funds" (Document No. 24), the Court will hear from the parties on the discreet question of whether the Defendant has satisfied the threshold requirement for a hearing on the merits pursuant to United States v. Farmer, 274 F.3d 800 (4th Cir. 2001). A hearing on the merits of the motion, if granted, will occur at a later date.

The Court will also hear from the parties on the Defendant's "Motion For Disclosure Of Suspicious Activity Reports And Exculpatory Evidence" (Document No. 20).

The hearing on these matters will be conducted on Wednesday, November 16, 2011. A separate notice will be issued setting forth the exact time and location of the hearing.

**SO ORDERED**.

Signed: November 9, 2011

David C. Keesler
United States Magistrate Judge